# DISTRICT COURT OF THE VIRGIN ISLANDS

# DIVISION OF ST. CROIX

| | |
|---|---|
| BANCO POPULAR de PUERTO RICO, <br><br> Plaintiff, <br><br> v. <br><br> ALBERT JURGEN, MERCEDES E. JURGEN, EMMERY MCNAIRY, BARBARA B. MCNAIRY, JORGE M. CAREW, DE'NEAN COLEMAN-CAREW, AILEEN G. YATES, and LYNN R. JOSHUA, <br><br> Defendants. | 1:09-cv-71 |

**TO:** Erik Woodbury, Esq.

### ORDER DENYING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT

THIS MATTER is before the Court upon Plaintiffs' Motion For Entry of Default (Docket No. 22). The time for filing a response has expired.

Plaintiff seeks entry of default against Defendant Emmery McNairy. Plaintiff claims that a copy of the summons and complaint was served upon Defendant Emmery McNairy by serving "[h]is attorney in fact Albert Jurgen." Motion at 1.

While it is true that Fed. R. Civ. P. 4(e) allows service of process upon an individual by "delivering a copy of [the summons and complaint] to an agent authorized by

*Banco Popular de Puerto Rico v. Jurgen*
3:09-cv-143
Order Denying Plaintiff's Motion For Entry of Default
Page 2

appointment or by law to receive service of process," it is not at all evident from Plaintiff's motion whether the instrument appointing Albert Jurgen as Emmery McNairy's attorney-in-fact includes within its scope the authorization for Albert Jurgen to receive service of process upon Emmery McNairy's behalf.

Accordingly, it is now hereby **ORDERED** that Plaintiff's Motion For Entry of Default (Docket No. 22) is **DENIED**.

ENTER:

Dated: June 9, 2010
/s/ George W. Cannon, Jr.
GEORGE W. CANNON, JR.
U.S. MAGISTRATE JUDGE